POLK, PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
F.040-662
Attorneys for U.S. Bank, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 1:09-BK-15628 KT |
| ROBERTO GUTIERREZ, | CHAPTER 13 |
| Debtor. | |
| U.S. BANK, N.A, its assignees and/or successors in interest, | Confirmation Hearing (Continued):<br>Date : 09/14/09<br>Time : 10:00 a.m. |
| Secured Creditor, | Place: U.S. Bankruptcy Court<br>21041 Burbank Blvd.. |
| vs. | Woodland Hills, CA<br>Courtroom 301 |
| ROBERTO GUTIERREZ, Debtor;<br>ELIZABETH ROJAS, Trustee, | |
| Respondents. | |

STIPULATION TO (1) STRIKE ADDENDUM TO CHAPTER 13 PLAN CONCERNING DEBTORS WHO ARE REPAYING DEBT SECURED BY A MORTGAGE ON REAL PROPERTY OR A LIEN ON PERSONAL PROPERTY THE DEBTOR OCCUPIES AS THE DEBTOR'S PRINCIPAL RESIDENCE AND (2) WITHDRAW OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF

IT IS HEREBY STIPULATED by and between Secured Creditor, U.S. Bank, N.A, its assignees and/or successors in interest, through its counsel, Lee S. Raphael, Esq., of Polk, Prober

1

& Raphael, and Debtor Roberto Gutierrez, through his counsel, Rebecca Tomilowitz, Esq., as follows:

1. The Addendum to Chapter 13 Plan Concerning Debtors who are Repaying Debt Secured by a Mortgage on Real Property or a Lien on Personal Property the Debtor Occupies as the Debtor's Principal Residence shall be stricken and removed from the underlying Case, and replaced by the redacted Addendum, attached hereto as **Exhibit "A"** and incorporated herein by reference.

2. The Objections to Proposed Chapter 13 Plan and Confirmation Thereof shall be and are hereby withdrawn.

DATED: August 11, 2009          POLK, PROBER & RAPHAEL
A LAW CORPORATION

By /s/ Lee S. Raphael
LEE S. RAPHAEL, ESQUIRE, #180030
Attorneys for Secured Creditor

DATED: 9-11-0\_          By
REBECCA TOMILOWITZ, ESQ.
Attorney for Debtor

2

| | |
|---|---|
| 1 | **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. |
| 2 | Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket. |
| 3 | **PROOF OF SERVICE OF DOCUMENT** |
| 4 | I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: |
| 5 | |
| 6 | Polk, Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364 |
| 7 | |
| 8 | The foregoing document described STIPULATION TO (1) STRIKE ADDENDUM TO CHAPTER 13 PLAN CONCERNING DEBTORS WHO ARE REPAYING DEBT SECURED BY A MORTGAGE ON REAL PROPERTY OR A LIEN ON PERSONAL PROPERTY THE DEBTOR OCCUPIES AS THE DEBTOR'S PRINCIPAL RESIDENCE AND (2) WITHDRAW OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF, AND ORDER THEREON will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below: |
| 11 | I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 08/11/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: |
| 14 | ☐ Service information continued on attached page |
| 15 | **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**<br>On ___9/11/09.__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.* |
| 19 | ☒ Service information continued on attached page |
| 20 | **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* |
| 23 | ☐ Service information continued on attached page |
| 25 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| 26 | 9/11/09      Barbara Scott      /s/ Barbara Scott |
| 27 | *Date*      *Type Name*      *Signature* |
| 28 | |

**II.**   **SERVED BY U.S. MAIL**

Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367-6606
JUDGE'S COPY

Roberto Gutierrez
12918 Crowley Street
Pacoima, CA 91331-4909
Debtor

Rebecca Tomilowitz, Esq.
Colmenares & Tomilowitz
1321 Post Ave., Ste 201
Torrance, CA 90501
Attorney for Debtor

Elizabeth F. Rojas
Noble Professional Center
15060 Ventura Boulevard, Suite 240
Sherman Oaks, CA 91403