PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE, #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
F.040-662
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 1:09-bk-15628-KT |
| Roberto Gutierrez,<br>        Debtor. | Document No. 42<br>Chapter 13 |
| U.S. Bank, N.A., its assignees and/or successors in interest,<br>        Movant. | DISMISSAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY |
| vs. | Date:   April 22, 2010<br>Time:   9:30 A.M. |
| Roberto Gutierrez; Elizabeth F. Rojas, Trustee,<br>        Respondents. | Place:  21041 Burbank Boulevard<br>        Woodland Hills, CA<br>        Courtroom 301<br>        Floor 3 |

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that U.S. Bank, N.A., its assignees and/or successors in interest, Movant in the above-entitles action, hereby requests that its duplicate Motion for Order Granting Relief from Automatic Stay be dismissed without prejudice, with respect to the subject Property, generally described as **12918 Crowley Street, Arleta, California**, and that the hearing

-1-

1 | currently set for April 22, 2010, at 9:30 A.M. in Courtroom 301 of the United States Bankruptcy

2 | Court, Woodland Hills, California, be taken off calendar.

3 | Dated: March 17, 2010                    By:/s/ David F. Makkabi, Esquire #249825
4 |                                              Attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Prober & Raphael, A Law Corporation
20750 Ventura Blvd, Suite 100
Woodland Hills, California 91364

The foregoing document described DISMISSAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/5/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Laura NMI Beckmann laura.beckmann@chase.com
David F Makkabi cmartin@pprlaw.net
Lee S Raphael cmartin@pprlaw.net
Elizabeth (SV) F Rojas cacb_ecf_sv@ch13wla.com
Rebecca Tomilowitz Rtomilowitz@aol.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 3/18/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/18/10 | Danielle Seth-Hunter | /s/ Danielle Seth-Hunter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1  **II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

2

3  Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 305
4  Woodland Hills, CA 91367-6606
JUDGE'S COPY

5

6  Roberto Gutierrez
12918 Crowley Street
Pacoima, CA  91331
7  Debtor

8  Rebecca M. Tomilowitz, Esquire
Colmenares & Tomilowitz
9  1321 Post Avenue, Suite 201
Torrance, CA 90501
10  Debtor's Attorney

11  Elizabeth F. Rojas
Noble Professional Center
12  15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
13  Chapter 13 Trustee

14  Prober & Raphael, A Law Corporation
Attorneys for Movant
15  P.O. Box 4365
Woodland Hills, CA 91365-4365
16

17  US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301
18  Second Deed of Trust

19

20  Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
21  Woodland Hills, California 91364

22

23

24

25

26

27

28